# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA—SACRAMENTO DIVISION

| | |
|---|---|
| LAURIE WETZEL,<br><br>             Plaintiff,<br>     vs.<br><br>GENERAL MOTORS LLC; DOES 1 through 100, Inclusive,<br><br>             Defendants. | Case No.: 2:20-cv-01568-MCE-CKD<br><br>Judge:  Hon. Morrison C. England, Jr.<br>Magistrate Judge:  Carolyn K. Delaney<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

In accordance with the parties' stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing, this entire action, including all claims and counterclaims stated herein against all Parties, is hereby dismissed, with prejudice.  The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated:  July 21, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
ORDER FOR DISMISSAL WITH PREJUDICE